AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

FILED
U.S. District Court
District of Kansas
SEP 11 2012
Clerk, U.S. District Court
By_____ Deputy Clerk

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

The email account known as "chronicler177troll@gmail.com", which is controlled or maintained by the service provider known as Google, Inc., headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

Case No. 12-M-6034-01-KMH

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the **District of Kansas** *(identify the person or describe the property to be searched and give its location)*

The email account known as "chronicler177troll@gmail.com", which is controlled or maintained by the service provider known as Google, Inc., headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

The person or property to be searched, described above, is believed to conceal: *(identify the person or describe the property to be seized)*

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  2/25/12
*(not to exceed 10 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken. The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge  Karen M. Humphreys

I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 2/15/12 @ 4:20 p.m.

*Judge's signature*

City and state: Wichita, Kansas      The Honorable Karen M. Humphreys, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 2/15/2012 1655 | Copy of warrant and inventory left with: Custodian of Records |
| Inventory made in the presence of: Rick Moore | | |
| Inventory of the property taken and name of any person(s) seized: | | |

1) DVD From Google (2/24/2012)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/11/12

_Executing officer's signature_

Rick Moore  S/A
_Printed name and title_

Karen M. Humphrey
_Judge's signature_

```
**********************
***   TX REPORT    ***
**********************

TRANSMISSION OK

TX/RX NO              0927
DESTINATION TEL #     1010333#p6502493429
DESTINATION ID
ST. TIME              02/15 17:52
TIME USE              01'04
PAGES SENT            4
RESULT                OK
```



## U.S. Immigration and Customs Enforcement

U.S. Immigration and Customs Enforcement
271 West 3rd Street North #1075
Wichita, Kansas 67202-1212

Investigations

# Facsimile Transmission

Date February 15, 2012

| | |
|---|---|
| To: Google, Inc. | (650) 249-3429 or (650) 649-2939 |
| Custodian of Records | |
| From: Rick Moore | Phone: (316) 293-2420 ext 247 |
| ☐ Urgent  ☒ Action  ☐ Concurrence  ☐ FYI | Number of pages including cover: 4 |

Comments:

Custodian of Records,

If you have any questions regarding this search warrant please contact me.

Thanks,

Rick Moore
HSI Special Agent
RAC Wichita
(316)293-2447 desk
(316)259-7751 cell
(316)265-5888 fax
Rick.L.Moore@ice.dhs.gov

AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

FILED
U.S. District Court
District of Kansas

SEP 11 2012

Clerk, U.S. District Court
By_____ Deputy Clerk

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
The email account known as "chronicler177troll@gmail.com", which is controlled or )
maintained by the service provider known as Google, Inc., headquartered at 1600 )
Amphitheatre Parkway, Mountain View, CA 94043. )

Case No. 12-m-6034-01-KMH

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____ District of ____Kansas____ *(identify the person or describe property to be searched and give its location):*

The residence is described as a one story family residence (ranch). The residence has a private unpaved drive that is attached directly to North Tyler Road. The home sits on the west side of North Tyler Road and faces east toward North Tyler Road. The residence has an attached two car garage that is white in color. The residence is brick with white vanilla trim. The front entrance door is white in color. There is a mailbox that sits off the private drive by North Tyler Road. The mailbox has the numbers "3905" attached to it.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __18__ U.S.C. § __2252 & 2252A__, and the application is based on these facts:

☑ Continued on the attached sheet. (see attached affidavit of probable cause)

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Rick Moore, SA, Dept. of Homeland Security and I.C.E.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/15/12

_____
*Judge's signature*

City and state: Wichita, Kansas

The Honorable Karen M. Humphreys, U.S. Magistrate Judge
*Printed name and title*

## *ATTACHMENT B*

## *DESCRIPTION OF ITEMS TO BE SEIZED*

a. All electronic mail stored and presently contained in, or on behalf of, the above-listed account. Records requested to be provided shall include any and all opened and unopened e-mails sent and/or received by the account, including any attachments thereto.

b. Printouts of all the above from original storage. In addition, your Affiant requests that all electronic information also is provided in its original electronic form on a compact disc (CD) or digital versatile disc (DVD).

c. Any and all transactional information, to include log files, of all activity to the above-listed account, which includes dates, time, method of connecting, port, dial-up, and/or location.

d. All business records and subscriber information, in any form kept, which pertain to the above-listed account, including but not limited to applications, subscriber's full name, all screen names associated with the subscriber and account, all account names associated with that subscriber, method of payment, phone numbers, addresses, and detailed-billing records.

e. All address or friends lists, Terms of Service Complaints, favorite places, and newsgroups associated with the above-listed account.

# AFFIDAVIT

I, Rick Moore, being duly sworn, depose and state:

## INTRODUCTION

1. I am a Special Agent with the Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), in Wichita, Kansas (RAC Wichita), and have been so employed since August 2003. As part of my daily duties as an HSI agent, I investigated criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a) and 2252A.

2. This affidavit is made in support of an application for a search warrant to search for and seize instrumentalities, fruits and evidence of violations of Title 18, United States Code, Sections 2251 and 2252A, which criminalize, among other things, the manufacture, possession, receipt and shipment of child pornography and other related materials. The items that are the subject of the search and seizure applied for in this affidavit are more specifically described in Attachment A.

3. I make this affidavit in support of an application for a search warrant for the GMail (Google, Inc.) account "chronicler177troll@gmail.com" which relates to Google, Inc. customer "Nick Hornback" also known as Andrew Glover, 3905 North Tyler Road, Maize, Kansas 67101. The email service provider, Gmail, is located at Google, Inc., 1600 Amphitheatre Parkway, Mountain View, CA 94043, and controls or maintains this account.

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, prior investigations, and, where noted, information provided to me by other law enforcement officials and witnesses. This affidavit is intended to show that there is

probable cause for the requested search warrant and this affidavit does not purport to set forth all of my knowledge of, or investigation into, this matter.

## ENFORCEMENT AUTHORITY

5. The ICE-HSI has the authority and responsibility to enforce Federal laws and regulations relating to the importation of prohibited merchandise into the United States. This authority is promulgated pursuant to Title 18, United States Code, Section 545. This authority includes but is not limited to the investigations of the following federal criminal statutes: Title 18, United States Code, section 1462, which prohibits the importation of any obscene, lewd, lascivious, or filthy book, pamphlet, or picture;

    a. Title 18, United States Code, section 1466, which prohibits the engaging in the business of selling or transferring obscene matter;

    b. Title 18, United States Code, section 2251 et seq., which prohibits the sexual exploitation of children.

6. Pursuant to the provisions of Title 18, United States Code, sections 2251 and 2252A, it is a federal crime for any person to knowingly manufacture, possess, receive or distribute child pornography that has been mailed, shipped or transported in interstate or foreign commerce, or which contains materials which have been mailed, or has been shipped or transported, by any means including a computer, or to knowingly reproduce any visual depiction for distribution in interstate or foreign commerce by any means including a computer or through the mail. Pursuant to the provisions of Title 18, United States Code, section 2256, "child pornography", as used in this affidavit, means any visual depiction, including any photograph, film, video, picture, or computer or computer generated image or picture of sexually explicit

2

conduct where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct.

## STORED WIRE AND ELECTRONIC COMMUNICATION ACCESS

7. Pursuant to Title 18, United States Code, Section 2703(a), the contents of an electronic communication that is in electronic storage in an electronic communications system for one hundred and eighty days or less may be obtained "pursuant to a warrant issued using the procedures described in the Federal Rules of Criminal Procedure by a court with *jurisdiction over the offense under investigation…*" (Emphasis added). Further, pursuant to Title 18, United States Code, Section 2703(b)(1)(A), where such a warrant is obtained, no notice to the subscriber or customer is required to be given.

## USE OF COMPUTERS WITH CHILD PORNOGRAPHY

8. Your Affiant has personally been involved in the execution of search warrants relative to child pornography investigations. Your Affiant has personally interviewed offenders and has had the opportunity to observe and review numerous examples of child pornography (as defined in 18 USC 2256) in all forms of media including computer media. In addition, your Affiant has read publications related to the investigations of sexual exploitation of children and has consulted with other law enforcement officers who investigate the sexual exploitation of children. Based on your Affiant's training and experience, your Affiant knows that:

    a. The majority of individuals who collect child pornography are persons who have a sexual attraction to children.

b.  The majority of individuals who collect child pornography collect sexually explicit Materials, which may consist of photographs, magazines, motion pictures, video tapes, books, slides, computer graphics or digital or other images for their own sexual gratification.

c.  The majority of individuals who collect child pornography rarely, if ever, dispose of their sexually explicit materials and may go to great lengths to conceal and protect from discovery their collections of illicit materials. They almost always maintain their collections in the privacy and security of their own homes or other secure locations.

d.  The Internet and the World Wide Web afford collectors of child pornography several different venues for obtaining, viewing and trading child pornography in a relatively secure and seemingly anonymous fashion.

e.  Child pornography is not readily available in retail establishments; accordingly, individuals who wish to obtain child pornography do so by ordering it from abroad or by discreet contact with other individuals who have it available. The majority of child pornography websites are known to originate and be operated in foreign countries.

### Google, Inc and Gmail

9.  Based on my training and experience, including conversations with representatives from Google, Inc. and with other law enforcement officers, I have learned the following about Google, Inc. and Gmail:

a.  Google, Inc. maintains records pertaining to the individuals or companies for whom they maintain subscriber accounts. These records include: account access

information, email transaction information, chat and instant messenger logs, account application information, and other information such as friends lists, favorite places and group activity logs and content, in computer data format, which records the activities and interactions of these accounts.

b. Subscribers to Gmail are able to access their accounts via any internet-connected computer. The accounts are maintained on a central computer system operated by Google, Inc., Mountain View, CA.

c. Any e-mail that is sent to a Gmail subscriber is stored in the subscriber's "mail box" on Google, Inc.'s system until the subscriber accesses his or her Gmail account and retrieves his messages. After the subscriber retrieves a particular message, that message can remain on the Google, Inc. system for a period of time, unless the subscriber specifically deletes the message from the system. The period of time is determined by Google, Inc. policy and varies depending on system usage. Current Google, Inc. policy states that read, unread and sent emails are stored for as long as the user chooses to keep them, but Google, Inc. may purge the emails after four (4) or more months of inactivity depending on how long the subscriber's account was open. Basic subscriber information is retained for as long as the account is active, or eighteen (18) months if inactive, or ninety (90) days if subscriber self-deletes account.

d. When the subscriber sends an email, it is initiated at the user's computer, transferred via the internet to the Google, Inc. system, and then transmitted to its end destination. Until the subscriber specifically deletes the outgoing e-mail from the Google, Inc. system, it can remain on the system for a period of time as previously described. While the sender can delete an e-mail message, thereby eliminating the

5

message from the e-mail box maintained at Google, Inc., that message will remain in the recipient's e-mail box unless the recipient also deletes the e-mail.

e.  A Google, Inc. subscriber can store files, including e-mails and image files, in his/her account or any other account to which he/she has access. Those files would be stored on the server computers located at Google, Inc. in Mountain View, CA. E-mails and image files stored on the Google, Inc. server computers by a subscriber will not necessarily be located in the computer used by the subscriber. In this manner, the subscriber may utilize the server computers maintained by Google, Inc. to store e-mails or other files. The subscriber may choose to use the storage space accessible through Google, Inc. because there is insufficient storage space on the computer used by the subscriber, or because the subscriber does not want to maintain certain files on the computer at his/her residence but still maintains almost immediate access to the files.

f.  A search of the files in the computer in the subscriber's residence will not necessarily uncover the files that the subscriber has stored in the computer at Google, Inc.

10. The information set forth below provides a broad overview of the investigation conducted to date. It does not include a listing of all investigative techniques employed or even the full and complete results of any of the listed investigative efforts.

## DETAILS OF INVESTIGATION

11. On or about November 16, 2010, a Homeland Security Investigations (HSI) Special Agent noticed that an anonymous user of website wwww.imgsrc.ru posting comments to a number of images depicting what appeared to be minor males. Many of these images depicted minor boys in their underwear. In the comments sections for these images the anonymous user

posted "chronicler177troll at gmail.com" from the IP address 99.60.37.xxx (www.imgsrc.ru displays the corresponding IP address for comments, but blocks the last set of digits when the post is by an anonymous user).

12. On or about July 15, 2011, a HSI Special Agent acting in an undercover capacity, sent the following email to chronicler177troll@gmail.com:

> Hey,
> So I saw you posted on imgsrc and wanted to know if you wanted to trade. I will do pic for pic (I don't go first) or we can trade on gigatribe at the same time I'd rather do email
> tim

13. On or about July 15, 2011, the HSI Special Agent received the following email from chronicler177troll@gmail.com (Andrew Green):

> Yeah, sure!
> Heres a link with some vids. Send back more!
> http://www.fayloobmennik.net/595560
> Pass: 152535

14. On or about July 25, 2011, the HSI Special Agent clicked on the above listed link. The link led the Special Agent to a website that allowed users to download files. The text of the website was in Russian. Utilizing the publicly available "Google Translate" tool, the Special Agent was able to determine that the Russian text on the website stated "Download file, File not found!".

15. On or about July 25, 2011, a HSI Special Agent acting in an undercover capacity, sent the following email to chronicler177troll@gmail.com: "Hey, Andrew, the link took me to some crazy Russian site. I did a translate and it said file not found. Are you trying to give me computer viruses :-)???"

16. On or about July 25, 2011, HSI Special Agent received the following email from chronicler177troll@gmail.com:

7

> Sorry! And that was a link that I had from another person. But it worked for me?! Anyways im not trying to give you a virus! Promise! Heres another link http://depositfiles.com/files/zh4otp5ed

17. On or about July 27, 2011, HSI Special Agent clicked on the above listed web link, which led to a website that allowed a video titled "Jewish_Superboys_9Yo_12Yo_bestboysuckfuck_(bibcam).avi" to be downloaded. HSI Special Agent downloaded and reviewed the file and determined that it contained a video depicting child pornography.

18. On August 9, 2011, in response to a Department of Homeland Security Summons dated July 27, 2011, HSI Special Agent received information from Google Mail (Gmail) indicating that chronicler177troll@gmail.com was registered to "Nick Hornback". The email account was created on March 28, 2010, using the IP address 99.60.37.204. Gmail also provided HSI Special Agent with a list of approximately 70 IP addresses from which chronicler177troll@gmail.com was accessed between July 7, 2011 and July 27, 2011. Of those, all but two indicated that the IP used to access the chronicler177troll@gmail.com account was 99.60.37.204. The two other instances indicated that on July 16, 2011, at approximately 03:35 GMT and 03:57 GMT, the chronicler177troll@gmail.com account was accessed from IP address 72.161.7.143.

19. In response to a Department of Homeland Security Summons dated August 11, 2011, HSI Special Agent received information from SBC Internet Services indicating that from December 8, 2009, until the date of the summons, the IP address 99.60.37.204 was assigned to Justin Glover at 3905 Tyler Rd., Maize, Kansas 67101.

20. On or about August 24, 2011, in response to a Department of Homeland Security Summons dated August 17, 2011, HSI Special Agent received information from Century Link

indicating that from June 20, 2011, to July 18, 2011, IP address 72.161.7.143 was assigned to Quiet Acres Resort at 2307 Quiet Acres Rd., Lampe, Missouri 65681.

21.   On or about December 12, 2011, HSI Special Agent contacted Quiet Acres Resort and inquired if they had a guest in July of 2011 by the name of Justin Glover. Quiet Acres Resort indicated that Justin Glover had stayed at the Quite Acres Resort in July of 2011. Quiet Acres Resort believed that Justin Glover stayed at the resort from the 8th to the 15th of July, however was not positive.

## CONCLUSION

22.   Based on the facts of the investigation, coupled with my training and experience as an ICE-HSI Special Agent, your affiant asserts that there is probable cause to believe that Gmail account "chronicler177troll@gmail.com" was utilized to engage in child pornographic activities over the Internet. These activities include possessing and distributing child pornographic images that were likely shipped and transported in interstate and foreign commerce by any means including computer. Your affiant further asserts that there is probable cause to believe that there is evidence of violations of Title 18 United States Code, Sections 2251 and 2252A found on the computer systems of Google, Inc. located at 1600 Amphitheatre Parkway, Mountain View, CA 94043, within the e-mail account of "chronicler177troll@gmail.com".

23.   Wherefore by this affidavit and application, your affiant request that the court issue a search warrant which would allow agents to seize the e-mail and other information stored on the Google, Inc. server for the e-mail account identified in this affidavit, including the information further described in Attachment A.

Rick Moore,

Special Agent, ICE-HSI

Subscribed and Sworn

Before me this 15th day of February, 2012.

Honorable Karen Humpherys

UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

## <u>DESCRIPTION OF PLACE TO BE SEARCHED</u>

The email account known as "chronicler177troll@gmail.com", which is controlled or maintained by the service provider known as Google, Inc., headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

## *ATTACHMENT B*

### *DESCRIPTION OF ITEMS TO BE SEIZED*

a. All electronic mail stored and presently contained in, or on behalf of, the above-listed account. Records requested to be provided shall include any and all opened and unopened e-mails sent and/or received by the account, including any attachments thereto.

b. Printouts of all the above from original storage. In addition, your Affiant requests that all electronic information also is provided in its original electronic form on a compact disc (CD) or digital versatile disc (DVD).

c. Any and all transactional information, to include log files, of all activity to the above-listed account, which includes dates, time, method of connecting, port, dial-up, and/or location.

d. All business records and subscriber information, in any form kept, which pertain to the above-listed account, including but not limited to applications, subscriber's full name, all screen names associated with the subscriber and account, all account names associated with that subscriber, method of payment, phone numbers, addresses, and detailed-billing records.

e. All address or friends lists, Terms of Service Complaints, favorite places, and newsgroups associated with the above-listed account.